United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-12198-jkf
Joseph W. Sigley                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Aug 05, 2016
                           Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db             +Joseph W. Sigley,   44 Green Street,   Morrisville, PA 19067-1256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor   Aurora Loan Services LLC agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            D. TROY SELLARS    on behalf of Defendant   GMAC Mortgage Company paeb@fedphe.com
            KIMBERLY A. BONNER    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
            PATRICIA M. MAYER    on behalf of Debtor Joseph W. Sigley pmayer.esq@comcast.net,
             nydia.ramirez@comcast.net
            PATRICIA M. MAYER    on behalf of Plaintiff Joseph W. Sigley pmayer.esq@comcast.net,
             nydia.ramirez@comcast.net
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13


Joseph W. Sigley                                          : Case No. 12−12198−jkf
                    Debtor(s)


## ORDER

_____


        AND NOW, this day , August 5, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


        ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                        By The Court


                                        Jean K. FitzSimon
                                        Judge , United States Bankruptcy Court



                                                                    116
                                                                    Form 195